UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE No.: 1:25-cv-26159-LFL

FILED BY MP D.C.

DEC 31 2025

VALENCIA ESTATES
HOMEOWNERS'
ASSOCIATION, INC., a Florida not-
for-profit corporation,

    Plaintiff,

V.

ELIZABETH HAZAN, an individual;
SEAN NEIL MEEHAN, as spouse of
ELIZABETH HAZAN, an individual;
6913 VALENCIA, LLC, a Florida limited
liability company; JOHN DOE and JANE
DOE as unknown as unknown tenants or
occupants,

    Defendants.
_____/

## ELIZABETH HAZAN'S JOINDER IN MOTION TO REMOVE

Defendant, Liza Hazan a/k/a Elizabeth Hazan, ("Hazan"), as a *pro se, joins Sean Neil Meehan and 6913 Valencia LLC,* pursuant to Title 28, United States Code§§§§ 1331, 1332, 1441,1446, and 1452 hereby remove this proceeding currently pending in the Circuit Court of the Eleventh Judicial Circuit in and for Miami Dade County, Florida, case number 2022-005424-CA-01 ("the State Court Litigation").

Wherefore, Elizabeth Hazan aka Liza Hazan joins Meehan and 6913 Valencia LLC removal of this case.

Dated: December 31, 2025.

Respectfully submitted,

By: /s/ Liza Hazan

Liza Hazan

Email: lizahazan77@gmail.com

*Pro se* Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I filed the foregoing with the Clerk of the Court and a true and correct copy of foregoing was served via U.S. mail or email or ECF system to the parties on the attached service list as indicated on this 31st day of December, 2025.

Respectfully submitted,

By: /s/ Liza Hazan
*Liza Hazan*
*Pro se* Defendant

Email: lizahazan77@gmail.com

*Pro se* Defendant

## SERVICE LIST

Via ECF

Liza hazan, elizabeth9246qc@gmail.com; lizahazan77@gmail.com

Barry Turner, bt@bstpa.com

Sean Meehan Sean Neil Meehan

Michael W. Simon msimon@simonlawteam.com