**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO. 1:25-cv-26159-LFL

VALENCIA ESTATES HOMEOWNERS'
ASSOCIATION, INC.,
        Plaintiff,

vs.

ELIZABETH HAZAN, et al.,
        Defendants.

_____/

## NOTICE OF PENDING, REFILED, RELATED OR SIMILAR ACTIONS

Plaintiff, VALENCIA ESTATES HOMEOWNERS' ASSOCIATION INC. (the "**Association**" or "**Plaintiff**"), by and through undersigned counsel and pursuant to Southern District of Florida Local Rule 3.8[1], files this Notice of Pending, Refiled, Related or Similar Actions and states as follows:

1.      Pursuant to Local Rule 3.8 for the United States District Court for the Southern District of Florida and Internal Operating Procedure 2.15.00(C) for the United States District Court for the Southern District of Florida, Plaintiff provides notice of the following related or similar actions:

| | |
|---|---|
| **Related Case Court:** | United States District Court for the Southern District of Florida |
| **Related Case Judge:** | The Honorable Darrin P. Gayles |
| **Related Case Number:** | 1:23-cv-24780-DPG |
| **Related Case Style:** | *Valencia Estates Homeowners' Association, Inc.,* plaintiff, *vs. Elizabeth Hazan, et al.*, defendants, Case No. 2022-005424-CA-01 |

---

[1] Plaintiff's counsel is merely complying with his duties and obligations under Southern District of Florida Local Rule 3.8 to bring "prompt attempt" to the Court and opposing parties. This filing in no way serves as a waiver by Plaintiff to be subject to or consenting to the jurisdiction of this Court. Plaintiff is preparing and will file a motion for injunction, motion for sanctions, and motion to remand.

-And-

| Related Case Court: | United States District Court for the Southern District of Florida |
|---|---|
| Related Case Judge: | The Honorable Roy K. Altman |
| Related Case Number: | 1:24-cv-24879-RKA |
| Related Case Style: | *Valencia Estates Homeowners' Association, Inc.,* plaintiff, *vs. Elizabeth Hazan, et al.*, defendants, Case No. 2022-005424-CA-01 |

-And-

| Related Case Court: | United States District Court for the Southern District of Florida |
|---|---|
| Related Case Judge: | The Honorable Marty Fulgueira Elfenbein |
| Related Case Number: | 1:25-cv-21283-MFE |
| Related Case Style: | *Valencia Estates Homeowners' Association, Inc.,* plaintiff, *vs. Elizabeth Hazan, et al.*, defendants, Case No. 2022-005424-CA-01 |

-And-

| Related Case Court: | United States District Court for the Southern District of Florida |
|---|---|
| Related Case Judge: | The Honorable Marty Fulgueira Elfenbein |
| Related Case Number: | 1:25-cv-21283-MFE |
| Related Case Style: | *Valencia Estates Homeowners' Association, Inc.,* plaintiff, *vs. Elizabeth Hazan, et al.*, defendants, Case No. 2022-005424-CA-01 |

-And-

| Related Case Court: | United States District Court for the Southern District of Florida |
|---|---|
| Related Case Judge: | The Honorable Lauren Fleischer Louis |

2

| Related Case Number: | 1:25-cv-26159-LFL |
|---|---|
| Related Case Style: | *Valencia Estates Homeowners' Association, Inc.,* plaintiff, *vs. Elizabeth Hazan, et al.*, defendants, Case No. 2022-005424-CA-01 |

2.      On December 18, 2023, Elizabeth Hazan ("**Hazan**") and Sean Meehan ("**Meehan**") filed a notice of removal and initiated Case No.: 1:23-cv-24780-DPG ("**First Removal Action**") before The Honorable Darrin P. Gayles for the underlying litigation pending before the Circuit Court of the Eleventh Judicial in and for Miami-Dade County, Florida ("**State Court**") styled as *Valencia Estates Homeowners' Association, Inc.,* plaintiff, *vs. Elizabeth Hazan, et al.*, defendants, Case No. 2022-005424-CA-01(the "**Original Proceeding**"). Judge Gayles remanded the Original Proceeding back to the State Court per order dated March 5, 2024.

3.      On December 13, 2024, Meehan filed a notice of removal and initiated Case No.: 1:24-cv-24879-RKA ("**Second Removal Action**") before The Honorable Roy K. Altman for the Original Proceeding. Judge Alman remanded the Original Proceeding back to State Court.

4.      On March 19, 2025, Hazan and Meehan filed a notice of removal and initiated Case No.: 1:25-cv-21283-MFE ("**Third Removal Action**") before The Honorable Marty Fulgueira Elfenbein. Magistrate Judge Elfenbein remanded the Original Proceeding back to State Court on April 23, 2025.

5.      On July 23, 2025, Hazan and Meehan filed a notice of removal and initiated Case No.: 1:25-cv-23294-MFE ("**Fourth Removal Action**") before The Honorable Marty Fulgueira Elfenbein. Magistrate Judge Elfenbein remanded the Original Proceeding back to State Court on April 23, 2025.

6.      On December 31, 2025, Meehan filed a notice of removal and initiated Case No.: 1:25-cv-26159-LFL ("**Fifth Removal Action**") before The Honorable Lauren Fleischer Louis.

7.      In compliance with the Local Rule 3.8 of the Local Rules for the Southern District to Florida and without waiving or consenting to the jurisdiction of this Court, Plaintiff submits that this action is a "similar action" to the First Removal Action, the Section Removal Action, Third Removal Action, and Fourth Removal Action as that term is used in the Southern District of Florida IOP 2.15.00(C). Specifically, Original Proceeding is the underlying state court litigation in both the First Removal Action, the Section Removal Action, Third Removal Action, Fourth Removal Action, and this action.

Dated: January 8, 2026                         Respectfully Submitted,

**BARRY S. TURNER P.A.**
*Counsel for Plaintiff*
PO Box 330189
Miami, Florida 33233-0189
Phone: (305) 699-4392
Email: bt@bstpa.com

By:     /s/ *Barry S. Turner*
         Barry S. Turner, Esq.
         Fla. Bar No. 85535

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that on January 8, 2026, I electronically filed the foregoing via

CM/ECF and by automatic emails generated through the E-Filing Portal System and served the

foregoing document on the following parties:

Elizabeth Hazan
6913 Valencia Drive
Miami, FL 33109
*Pro se Defendant*
***Via US Mail***

Sean Meehan
6913 Valencia Drive
Miami, FL 33109
*Pro se Defendant*
***Via US Mail***

6913 Valencia LLC
c/o Michael W. Simon, Esq.
THE SIMON LAW FIRM
3839 NW Boca Raton Blvd., Suite 100
Boca Raton, FL 33431
*State Court Counsel to 6913 Valencia LLC*
***Via US Mail***

By:     /s/ *Barry S. Turner*
Barry S. Turner, Esq.
Fla. Bar No. 85535