UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:25-cv-26159-LFL

VALENCIA ESTATES HOMEOWNERS'
ASSOCIATION, INC., a Florida
not-for-profit corporation,
    Plaintiff,
vs.
ELIZABETH HAZAN, et al.,
    Defendants.
_____/



### PRO SE MOTION FOR EXTENSION OF TIME TO RETAIN NEW COUNSEL AND EXTEND THE DEADLINES TO RESPOND TO DOC N. 9

COMES NOW the Defendants, Elizabeth Hazan and Sean Meehan, and 6913 Valencia LLC, appearing pro se, and respectfully move this Honorable Court for an extension of time to retain new counsel, and extend the time to file their response in opposition to and file their response in opposition to Doc 9Doc 9 in support thereof states as follows:

1. Movants were previously represented by counsel in this matter.

2. Said counsel Joel M Aresty and Aubrey Rudd are no longer representing Movants due to withdrawal, termination, irreconcilable differences and other good cause following threats and intimidation by opposing counsel Barry Turner.

3. Movants are actively seeking new legal representation and have contacted multiple attorneys regarding representation in this matter.

4. Due to the complexity of the case and the pending Motions and the time required for new counsel to review the record, additional time is necessary to secure representation.

5. Granting this extension will not prejudice any party and is requested in good faith, not for purposes of delay.

6. Movants respectfully request an extension of 30 days from the date of the Court's Order to retain new counsel and to respond to any pending deadlines. Movants are requesting a stay pending future appearance of counsel.

WHEREFORE, Movants respectfully request that this Court grant an extension of time of 30 days to retain counsel and extend the time to respond to the pending deadline and stay pending deadlines, granting such further relief as the Court deems just and proper.

By: /s/ *Sean Meehan*

Sean Neil Meehan
Email: seannmeehan@gmail.com

Liza Hazan A/K/A Elizabeth Hazan

By: Liza Hazan

Liza Hazan A/K/A Elizabeth Hazan
Email: lizahazan77@gmail.com
6913 Valencia Drive
Miami Florida 33109

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23 day of January, 2026, a true and correct copy of the foregoing Motion was served via [CM/ECF / U.S. Mail / Email] upon:

BARRY S. TURNER P.A., *Counsel for Plaintiff,* Email: bt@bstpa.com

By: /s/ *Sean Meehan*

Sean Neil Meehan
Email: seannmeehan@gmail.com

Liza Hazan A/K/A Elizabeth Hazan

By: Liza Hazan

Liza Hazan A/K/A Elizabeth Hazan
Email: lizahazan77@gmail.com
6913 Valencia Drive
Miami Florida 33109

2