Generated: Apr 16, 2026 11:47AM



# U.S. District Court

## Florida Southern - Miami

Receipt Date: Apr 16, 2026 11:47AM

SEAN MEEHAN
6913 VALENCIA DRIVE
MIAMI BEACH, FL 33109

Rcpt. No: 316462      Trans. Date: Apr 16, 2026 11:47AM      Cashier ID: #VT (1899)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|----------------------|-----|-------|-----|
| 203 | Notice of Appeal/Docketing Fee | DFLS125CV026159 | 1 | 605.00 | 605.00 |

| CD | Tender | | Amt |
|----|--------|--|-----|
| CC | Credit Card | | $605.00 |

| | | |
|--|--|--|
| Total Due Prior to Payment: | $605.00 |
| Total Tendered: | $605.00 |
| Total Cash Received: | $0.00 |
| Cash Change Amount: | $0.00 |

Comments: 1:25-cv-26159-LFL

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.