**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO. 1:25-cv-26159-LFL

VALENCIA ESTATES HOMEOWNERS'
ASSOCIATION, INC.,
      Plaintiff,
vs.

ELIZABETH HAZAN, et al.,
      Defendants.

_____/

## <u>PLAINTIFF'S NOTIFICATION OF NINETY DAYS EXPIRING</u>

Valencia Estates Homeowners' Association, Inc. ("**Plaintiff**") provide notice pursuant to Southern District of Florida Rule 7.1(b)(4) that the following motion has been pending and fully briefed with no hearing set thereon for a period of ninety (90) days:

1.    <u>Motion</u>.  Plaintiff's Motion To Remand Case To The State Court, To Deem Defendants' Vexatious Litigants, And Incorporated Memorandum Of Law (DE#18) served and filed on February 13, 2026.

2.    <u>Response</u>. Defendants' Response in Opposition to Plaintiff's Reply in Support of Plaintiff's Motion To Remand Case To The State Court, To Deem Defendants' Vexatious Litigants, And Incorporated Memorandum Of Law (DE#24) served and filed on February 27, 2026.

3.    <u>Reply</u>.  Plaintiff's Reply in Support of Plaintiff's Motion To Remand Case To The State Court, To Deem Defendants' Vexatious Litigants, And Incorporated Memorandum Of Law (DE#25) served and filed on March 4, 2026.

4.    <u>Hearing</u>.  No hearing on the motion has been set or held.

The ninety days from the completion of briefing expired on June 2, 2026, and this notice is timely because it has been filed within 14 days of that date as required by Southern District of Florida Rule 7.1(b)(4).

Dated: June 5, 2026                    Respectfully Submitted,

**BARRY S. TURNER P.A.**
*Counsel for Plaintiff*
PO Box 330189
Miami, Florida 33233-0189
Phone: (305) 699-4392
Email: bt@bstpa.com

By:     /s/ *Barry S. Turner*
           Barry S. Turner, Esq.
           Fla. Bar No. 85535

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that on June 5, 2026, I electronically filed the foregoing via CM/ECF and by automatic emails generated through the E-Filing Portal System and served the foregoing document on the following parties:

Elizabeth Hazan
6913 Valencia Drive
Miami, FL 33109
*Pro se Defendant*
*Via US Mail*

Sean Meehan
6913 Valencia Drive
Miami, FL 33109
*Pro se Defendant*
*Via US Mail*

6913 Valencia LLC
c/o Aubrey George Rudd, Esq.
100 Edgewater Dr Apt 312
Coral Gables, FL 33133-6939
*State Court Counsel to 6913 Valencia LLC*
*Via US Mail*

By:     /s/ *Barry S. Turner*
          Barry S. Turner, Esq.
          Fla. Bar No. 85535