**UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

FILED BY JG D.C.
Sep 4, 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

September 04, 2026

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: 26-10573-C
Case Style: Valencia Estates Homeowners' Association, Inc. v. Liza Hazan, et al
District Court Docket No: 1:25-cv-26159-LFL

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

MDT-1 Letter Issuing Mandate

In the

# United States Court of Appeals

For the Eleventh Circuit

---

No. 26-10573

---

VALENCIA ESTATES HOMEOWNERS' ASSOCIATION, INC.,

*Plaintiff-Appellee,*

*versus*

ELIZABETH HAZAN,
an individual,
SEAN NEIL MEEHAN,
as spouse of Elizabeth Hazan, an individual,

*Defendants-Appellants,*

6913 VALENCIA, LLC,
a Florida limited liability company, et al.,

*Defendants.*

---

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:25-cv-26159-LFL

---

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: August 4, 2026

For the Court: DAVID J. SMITH, Clerk of Court

ISSUED AS MANDATE: September 4, 2026

**NOT FOR PUBLICATION**

In the

# United States Court of Appeals

For the Eleventh Circuit

---

No. 26-10573
Non-Argument Calendar

---

VALENCIA ESTATES HOMEOWNERS' ASSOCIATION, INC.,

*Plaintiff-Appellee,*

*versus*

ELIZABETH HAZAN,
an individual,
SEAN NEIL MEEHAN,
as spouse of Elizabeth Hazan, an individual,

*Defendants-Appellants,*

6913 VALENCIA, LLC,
a Florida limited liability company, et al.,

*Defendants.*

---

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:25-cv-26159-LFL

---

Before NEWSOM, BRANCH, and KIDD, Circuit Judges.

PER CURIAM:

In 2025, Sean Meehan and Elizabeth Hazan, pro se, removed to federal court a foreclosure action originally filed against them in Florida state court by Valencia Estates Homeowners' Association, Inc. ("Valencia Estates"). On January 9, 2026, Valencia Estates filed a motion requesting that the district court deem the appellants vexatious litigants and limit their ability to commence or remove future actions. Meehan and Hazan filed a motion to strike the January 9 filing, which the magistrate judge denied on February 16, 2026. Meehan and Hazan appeal that ruling.

Valencia Estates now moves to dismiss the appeal, asserting that February 16 order is not final because it did not resolve the claims at issue and the action remains pending in the district court. It further contends that the order is not otherwise appealable because the district court did not certify it for immediate review and the collateral order doctrine does not apply.

Meehan and Hazan argue that the order is appealable under the collateral order doctrine because it (1) determined disputed issues regarding the motion to strike; (2) involved matters separate from the merits of the action; and (3) would be unreviewable on appeal from a final judgment because filing restrictions would immediately and irreversibly harm them. Meehan and Hazan also request that we construe the notice of appeal as a petition for a writ of mandamus if we lack jurisdiction over the appeal.

We lack jurisdiction over Meehan and Hazan's appeal because the February 16 order is not final or otherwise appealable. First, the ruling is not final because it did not end the litigation on the merits, as the action remains pending in the district court. *See* 28 U.S.C. § 1291; *CSX Transp., Inc. v. City of Garden City*, 235 F.3d 1325, 1327 (11th Cir. 2000) (explaining that a final order ends the litigation on the merits). Additionally, the order is not appealable under the collateral order doctrine because there is no indication that the denial of the motion to strike would be unreviewable on appeal from the final judgment. *See Plaintiff A v. Schair*, 744 F.3d 1247, 1252-53 (11th Cir. 2014) (providing that a non-final order may be appealable under the collateral order doctrine if it would be effectively unreviewable on appeal from a final judgment, among other things). Furthermore, the district court did not certify the February 16 order for immediate review. *See* 28 U.S.C. § 1292(b); Fed. R. Civ. P. 54(b).

Additionally, we deny Meehan and Hazan's request to construe the notice of appeal as a petition for a writ of mandamus because they have adequate alternative remedies, including seeking appellate review after a final judgment or an appealable order on the January 9 motion is entered. *See Jackson v. Motel 6 Multipurpose, Inc.*, 130 F.3d 999, 1004 (11th Cir. 1997).

Valencia Estates also moves for sanctions against Meehan and Hazan under Federal Rule of Appellate Procedure 38, asserting that their appeal is frivolous. Because Meehan and Hazan are proceeding pro se, and their arguments appear earnest, we decline to

impose sanctions. *See* Fed. R. App. P. 38; *Woods v. I.R.S.*, 3 F.3d 403, 404 (11th Cir. 1993).

Accordingly, Valencia Estates's motion to dismiss is GRANTED and the appeal is DISMISSED for lack of jurisdiction. Meehan and Hazan's request to construe the notice of appeal as a petition for writ of mandamus is DENIED, and Valencia Estates's request for Rule 38 sanctions is DENIED.[1]

[1] Meehan and Hazan's request for an extension of time to file their initial brief, which was incorporated in their May 11, 2026, response to Valencia Estates's supplemental motion to dismiss, is DENIED as moot.

**UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

August 04, 2026

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 26-10573-C
Case Style: Valencia Estates Homeowners' Association, Inc. v. Liza Hazan, et al
District Court Docket No: 1:25-cv-26159-LFL

Opinion Issued
Enclosed is a copy of the Court's decision issued today in this case. Judgment has been entered today pursuant to FRAP 36. The Court's mandate will issue at a later date pursuant to FRAP 41(b).

Petitions for Rehearing
The time for filing a petition for panel rehearing or rehearing en banc is governed by 11th Cir. R. 40-2. Please see FRAP 40 and the accompanying circuit rules for information concerning petitions for rehearing.

Costs
Costs are taxed against Appellant(s) / Petitioner(s).

Bill of Costs
If costs are taxed, please use the most recent version of the Bill of Costs form available on the Court's website at www.ca11.uscourts.gov. For more information regarding costs, see FRAP 39 and 11th Cir. R. 39-1.

Attorney's Fees
The time to file and required documentation for an application for attorney's fees and any objection to the application are governed by 11th Cir. R. 39-2 and 39-3.

Appointed Counsel
Counsel appointed under the Criminal Justice Act (CJA) must submit a voucher claiming compensation via the eVoucher system no later than 45 days after issuance of the mandate or the filing of a petition for writ of certiorari. Please contact the CJA Team at (404) 335-6167 or cja_evoucher@ca11.uscourts.gov for questions regarding CJA vouchers or the eVoucher system.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |