**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO. 1:25-cv-26159-LFL

VALENCIA ESTATES HOMEOWNERS' ASSOCIATION, INC.,
Plaintiff,
vs.

ELIZABETH HAZAN, et al.,
Defendants.
_______________________________________/

**PLAINTIFF'S NOTIFICATION OF NINETY DAYS EXPIRING**

Valencia Estates Homeowners' Association, Inc. ("**Plaintiff**") provide notice pursuant to Southern District of Florida Rule 7.1(b)(4) that the following motion has been pending and fully briefed with no hearing set thereon for a period of ninety (90) days:

1. Motion. Plaintiff's Verified Motion To Determine The Amount Of Attorney's Fees And Non-Taxable Costs (DE#34) served and filed on August 19, 2026.

2. Response. None.

3. Reply. None.

4. Hearing. No hearing on the motion has been set or held.

The ninety days from the completion of briefing expired on November 17, 2026, and this notice is timely because it has been filed within 14 days of that date as required by Southern District of Florida Rule 7.1(b)(4).

Dated: November 24, 2026

Respectfully Submitted,

**BARRY S. TURNER P.A.**
*Counsel for Plaintiff*
PO Box 330189
Miami, Florida 33233-0189
Phone: (305) 699-4392
Email: bt@bstpa.com

By: /s/ *Barry S. Turner*
Barry S. Turner, Esq.
Fla. Bar No. 85535

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on November 24, 2026, I electronically filed the foregoing via CM/ECF and by automatic emails generated through the E-Filing Portal System and served the foregoing document on the following parties:

Elizabeth Hazan
6913 Valencia Drive
Miami, FL 33109
*Pro se Defendant*
***Via US Mail***

Sean Meehan
6913 Valencia Drive
Miami, FL 33109
*Pro se Defendant*
***Via US Mail***

6913 Valencia LLC
c/o Michael W. Simon, Esq.
THE SIMON LAW FIRM
3839 NW Boca Raton Blvd., Suite 100
Boca Raton, FL 33431
*State Court Counsel to 6913 Valencia LLC*
***Via US Mail***

By: /s/ *Barry S. Turner*
Barry S. Turner, Esq.
Fla. Bar No. 85535